```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :      No. 20 Cr. 390 (JFK)
                                  :
ANTONIO KASSAB,                   :      **ORDER**
                                  :
               Defendant.         :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The next conference in this case, currently scheduled for January 12, 2021, will be heard telephonically using the following conference line and dial-in:

**AT&T Conference Line: 1-888-363-4749**
**Access Code: 788 3927 #**

All participants shall remain in listen-only mode until their case is called.

**SO ORDERED.**

Dated:   New York, New York
         January 5, 2021

                                       _____
                                              John F. Keenan
                                       United States District Judge