# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 3, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-21

By ECF

Honorable John F. Keenan
United States District Judge
Southern District of New York

**Re: United States v. Antonio Kassab, 20 Cr. 390 (JFK)**

Dear Judge Keenan:

I write respectfully to withdraw our request for permission to travel at ECF No. 16, as Mr. Kassab no longer intends to take the requested trip.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Michael McGinnis, Esq. (Assistant United States Attorney)
    Winter Pascual (Pretrial Services)

---

```
Defendant Antonio Kassab's request to withdraw his earlier request
for permission to travel is GRANTED.  The Clerk of Court is directed
to terminate the letter motions at ECF Nos. 16 and 17.

SO ORDERED.

Dated:  New York, New York                  /s/ John F. Keenan
        January 5, 2021                     John F. Keenan
                                            United States District Judge
```